| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Peter Thomas Pagett** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–7940** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Eva Marie Pagett** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–0059** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | | Date case filed for chapter **7  3/2/16** |
| Case number: **16–07304** | | |

### Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Peter Thomas Pagett | Eva Marie Pagett |
| 2. | **All other names used in the last 8 years** | | fka Eva Marie Gane |
| 3. | **Address** | 9019 Luna Ave <br> Morton Grove, IL 60053 | 9019 Luna Ave <br> Morton Grove, IL 60053 |
| 4. | **Debtor's attorney** <br> Name and address | Penelope N Bach <br> Sulaiman Law Group, Ltd. <br> 900 Jorie Boulevard <br> Suite 150 <br> Oak Brook, IL | Contact phone (630)575–8181 <br> Email: pnbach@sulaimanlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Karen R Goodman ESQ <br> Taft Stettinius & Hollister LLP <br> 111 East Wacker Dr <br> Suite 2800 <br> Chicago, IL 60601 | Contact phone (312) 836–4048 <br> Email: kgoodman@taftlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Peter Thomas Pagett** and **Eva Marie Pagett**                                                                                             Case number **16–07304**

| 6. **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 3/3/16 |
|---|---|---|
| 7. **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 6, 2016 at 03:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br><br> **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/6/16** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                         page **2**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 16-07304-PSH
Peter Thomas Pagett                                                       Chapter 7
Eva Marie Pagett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mreilly             Page 1 of 2             Date Rcvd: Mar 03, 2016
                              Form ID: 309A             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2016.
db/jdb         +Peter Thomas Pagett,    Eva Marie Pagett,    9019 Luna Ave,    Morton Grove, IL 60053-2527
24278419       +Alex Magdaleno,    8831 Meade Ave,    Morton Grove, IL 60053-2426
24278423       +Arnold Harris,    111 West Jackson Boulevard,    Chicago, IL 60604-4135
24278424       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1166
24278428       +Citibank SD Attn: Centralized bankruptcy,     P.O. Box 6241,   Sioux Falls, SD 57117-6241
24278429        City of Chicago, Department of Finance,    500 E. Monroe St,   Chicago, IL 60661
24278430       +Codilis & Associates,    15W030 N. Frontage Road,    Burr Ridge, IL 60527-6921
24278434       +Dept Of Ed/aspire Reso,    Pob 65970,   West Des Moine, IA 50265-0970
24278435       +EOS CCA,   P.O. Box 981025,    Boston, MA 02298-1025
24278437       #+FMS Inc.,   PO Box 707601,   Tulsa, OK 74170-7601
24278438       +Geico Corporate Headquarters,    5260 Western Avenue,    Chevy Chase, MD 20815-3799
24278439       +Illinois Collection Se,    8231 185th St Ste 100,   Tinley Park, IL 60487-9356
24278440        Illinois Tollway Authority,    PO Box 5544,   Chicago, IL 60680-5544
24278442       +Kaplan & Associates,    111 W. Washington St, Suite 1360,    Chicago, IL 60602-3451
24278444       +Lurie Children Medical Group,    P.o. Box 4051,   Carol Stream, IL 60197-4051
24278445       +Med Business Bureau,    1460 Renaissance Dr,   Suite 400,    Park Ridge, IL 60068-1349
24278446       +Medical Recovery Spec,    2250 E. Devon Ave, Suite 352,    Des Plaines, IL 60018-4519
24278447       +Midland Funding,    2365 Northside Dr,   Suite 300,    San Diego, CA 92108-2709
24278448       +Mort Serv Ct,    2001 Bishops Gate Blvd,   Mount Laurel, NJ 08054-4604
24278450       +Niles West High School,    5701 Oakton St,   Skokie, IL 60077-2681
24278453       +NorthShore University,    Billing Department,    23056 Network Place,   Chicago, IL 60673-1230
24278455       +NorthShore University Health System,    2650 Ridge Ave,    Evanston, IL 60201-1718
24278454       +NorthShore University Health System,    1182 Northbrook Court,   Northbrook, IL 60062-1435
24278456       +NorthShore University HealthSystem,    23056 Network Place,   Chicago, IL 60673-1230
24278451       +Northland Group, Inc,    P.O Box 390905,   Minneapolis, MN 55439-0905
24278452       +Northshore,   23056 Network Place,    Chicago, IL 60693-0001
24278457       +Pediatrics Anes Assoc.,    75 Remittance Drive,    Suite 6187,   Chicago, IL 60675-6187
24278458        Pinnacle Credit Services,    7900 Minnesota 7,   Minneapolis, MN 55426
24278460        RMH Healthcare,    PO Box 2178,   Morrisville, NC 27560
24278461       +Sentara Collections,    PO Box 79695,   Baltimore, MD 21279-0695
24278463       +The University of Chicago Physicians,    75 Remittance Drive, Suite 1385,
                 Chicago, IL 60675-1385
24278465       +UNITED SHOCKWAVE SERVICES LTD,    1111 E Touhy Avenue,    Suite 240,   Des Plaines, IL 60018-5830
24278464       +United Recovery Service,    18525 Torrence,   Suite C6,    Lansing, IL 60438-2891
24278466       +Van Ru Credit Corporation,    1350 E. Toughy Ave, Suite 100E,    Des Plaines, IL 60018-3337
24278467       +Verizon,   500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225
24278469       +Visa Dept Store National Bank,    Attn: Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: pnbach@sulaimanlaw.com Mar 04 2016 00:39:55      Penelope N Bach,
                 Sulaiman Law Group, Ltd.,    900 Jorie Boulevard,   Suite 150,   Oak Brook, IL
tr             +EDI: BKRGOODMAN.COM Mar 04 2016 00:23:00      Karen R Goodman, ESQ,
                 Taft Stettinius & Hollister LLP,   111 East Wacker Dr,    Suite 2800,   Chicago, IL 60601-4277
24278421        EDI: HNDA.COM Mar 04 2016 00:23:00      American Honda Finance,    2170 Point Blvd,
                 Elgin, IL 60123
24278420       +EDI: BECKLEE.COM Mar 04 2016 00:23:00      American Express *,    c/o Becket & Lee,
                 P.O. Box 3001,   Malvern, PA 19355-0701
24278422       +EDI: AMEREXPR.COM Mar 04 2016 00:23:00      Amex,    Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
24278425       +E-mail/Text: mmeyers@blittandgaines.com Mar 04 2016 00:52:48      Blitt & Gaines, P.C.,
                 661 W. Glenn Avenue,    Wheeling, IL 60090-6017
24278426       +E-mail/Text: bankruptcynotices@cbecompanies.com Mar 04 2016 00:51:44      CBE Group,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
24278427       +EDI: CHASE.COM Mar 04 2016 00:23:00      Chase Bank,    340 S. Cleveland Ave, Blgd 370,
                 Westerville, OH 43081-8917
24278431       +E-mail/Text: legalcollections@comed.com Mar 04 2016 00:52:30      Commonwealth Edison Co,
                 3 Lincoln Center,   Attn: BK Section,    Villa Park, IL 60181-4204
24278432       +EDI: CONVERGENT.COM Mar 04 2016 00:23:00      Convergent Outsourcing, Inc,   800 SW 39th Street,
                 PO Box 9004,   Renton, WA 98057-9004
24278433       +EDI: CCS.COM Mar 04 2016 00:23:00      Credit Collection Services,    725 Canton St,
                 Norwood, MA 02062-2679
24278436       +E-mail/Text: bknotice@erccollections.com Mar 04 2016 00:51:18      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
24278441        EDI: IRS.COM Mar 04 2016 00:23:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
24278443       +EDI: CBSKOHLS.COM Mar 04 2016 00:23:00      Kohls/Capital One,    Po Box 3120,
                 Milwaukee, WI 53201-3120
24278449       +E-mail/Text: bankrup@aglresources.com Mar 04 2016 00:40:02      Nicor Gas,    1844 Ferry Road,
                 Naperville, IL 60563-9600
24278459        EDI: PRA.COM Mar 04 2016 00:23:00      Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
24278468       +EDI: VERIZONWIRE.COM Mar 04 2016 00:23:00      Verizon Wireless,    1 Verizon Place,
                 Alpharetta, GA 30004-8510

```
District/off: 0752-1          User: mreilly              Page 2 of 2              Date Rcvd: Mar 03, 2016
                              Form ID: 309A              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 17

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24278462       SiriusXM,   PO Box 9001399
```
TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2016 at the address(es) listed below:

        Karen R Goodman, ESQ    kgoodman@taftlaw.com,
        il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Penelope N Bach    on behalf of Debtor 1 Peter Thomas Pagett pnbach@sulaimanlaw.com,
        ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
        Penelope N Bach    on behalf of Debtor 2 Eva Marie Pagett pnbach@sulaimanlaw.com,
        ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info

TOTAL: 4